UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-80610-MARRA/Matthewman

MARY O. MORRIS,

    Plaintiff,

v.

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

    Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Northwestern Mutual Life Insurance Company, pursuant to Federal Rule of Civil Procedure 7.1, discloses the following:

The names of each person, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

Mary O. Morris, Plaintiff

Benjamin C. Hassebrock, Esq., Ver Ploeg & Lumpkin, P.A., Counsel for Plaintiff

Defendant, Northwestern Mutual Life Insurance Company, states that there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

Standard Insurance Company, is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is privately owned and not publicly traded.

Kristina B. Pett, Esq., McDowell Hetherington LLP, Counsel for Defendant

Dated: June 22, 2018          MCDOWELL HETHERINGTON LLP
                              Attorneys for Defendant
                              2101 N.W. Corporate Blvd., Suite 316
                              Boca Raton, FL 33431
                              (561) 994-4311
                              (561) 982-8985 fax


                              By: ___s/Kristina B. Pett
                                   KRISTINA B. PETT
                                   Fla. Bar No. 0973688
                                   kristina.pett@mhllp.com


## CERTIFICATE OF SERVICE

I certify that on June 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>  Benjamin C. Hassebrock, Esq.
>  Ver Ploeg & Lumpkin, P.A.
>  100 S.E. Second Street
>  30th Floor
>  Miami, FL 33131
>  BHassebrock@vpl-law.com


                              s/Kristina B. Pett
                              Kristina B. Pett

2